1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     DARYLE L. HUMPHRIES,                          No.  2:22-cv-0090 KJN P

12                    Plaintiff,

13          v.                                       ORDER

14     P. CURRY,

15                    Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42

18     U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

19     required filing fee of $350.00 plus the $52.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a),

20     1915(a).  Therefore, plaintiff is provided the opportunity either to submit the appropriate affidavit

21     in support of a request to proceed in forma pauperis or to submit the required fees totaling

22     $402.00.

23          In accordance with the above, IT IS HEREBY ORDERED that:

24          1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

25     support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

26

27     [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
       but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not
28     required to pay the $52.00 administrative fee.

1

1    the required fees in the amount of $402.00; plaintiff's failure to comply with this order will result

2    in a recommendation that this action be dismissed; and

3         2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

4    Forma Pauperis By a Prisoner.

5    Dated:  January 27, 2022

6

7    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

8

9    /hump0090.3a

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2