IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARYLE L. HUMPHRIES,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**P. CURRY,**<br><br>　　　　　　　　　　Defendant. | 2:22-cv-00090 KJN P<br><br>**ORDER** |

　　**GOOD CAUSE APPEARING,** Defendant's motion for an extension of time to contact the Court to schedule a settlement conference (ECF No. 17) is granted. The deadline to contact the Court to schedule a settlement conference is extended to December 19, 2022.

Dated:  September 29, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Hum90.eot

1