IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYLE L. HUMPHRIES,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**P. CURRY,**<br><br>　　　　　　　　　　　Defendant. | Case No. 2:22-cv-0090 KJN P<br><br>[PROPOSED] ORDER TO VACATE REFERRAL TO POST-SCREENING ADR; ORDER TO FILE RESPONSIVE PLEADING |

　　On December 19, 2022, defendants Curry filed a motion to opt out of this Court's post-screening ADR Project. After reviewing the notice and motion, filed concurrently with the declaration of counsel in support, the Court finds good cause to grant the request.

　　Accordingly, IT IS HEREBY ORDERED that:

　　1. Defendant's motion to opt out of the post-screening ADR project (ECF No. 20) is granted.

　　2. The stay of this action is lifted.

　　3. Defendant's responsive pleading shall be filed no later than thirty days from the date of this order.

　　Dated:  December 21, 2022

/hump0090.opt

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE