UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYLE HUMPHRIES,<br><br>          Plaintiff,<br><br>     v.<br><br>P. CURRY,<br><br>          Defendant. | No.  2:22-cv-0090 KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983.  On July 7, 2023, plaintiff signed a motion requesting a settlement conference.

      On December 21, 2022, defendants were granted leave to opt out of the post-screening ADR project.  (ECF No. 21.)  Thus, it is unclear whether plaintiff's recent filing affects defendants' prior position that a settlement conference would be "an inefficient use of resources" (ECF No. 20 at 3).  If defendants also wish to have a settlement conference, defendants may request a settlement conference.  But if defendants' position has not changed they are not required to request one.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion [ECF No. 33] is denied without prejudice.

Dated:  July 20, 2023

/hump0090.den

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE